UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOUISIANA OYSTER ASSOCIATION, INC. | * | CIVIL ACTION NO.: 2:16-cv-10171 |
| Plaintiff | * | |
| | * | |
| VERSUS | * | JUDGE: JANE TRICHE MILAZZO |
| | * | |
| HILCORP ENERGY COMPANY, | * | |
| Defendant. | * | MAGISTRATE: DANIEL E. KNOWLES, III |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing Defendant Hilcorp Energy Company's *Ex Parte* Motion for Extension of Time;

**IT IS ORDERED** that Defendant Hilcorp Energy Company is granted a twenty-one day extension of time up to and including August 3, 2016, within which to answer or otherwise respond to the Plaintiffs' Complaint for Declaratory Relief, Injunctive Relief, and Civil Penalties.

New Orleans, Louisiana, this 29th day of June, 2016.

_____
JUDGE

3